E-FILED
Monday, 07 January, 2008 01:23:04 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MELISSA GARDNER,

    Plaintiff,

v.

AMERITECH SICKNESS AND
ACCIDENT DISABILITY PLAN;
AMERITECH LONG TERM DISABILITY
PLAN

    Defendants.
_____/

Case No.: 08-1007

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for MELISSA GARDNER, PLAINTIFF, furnishes the following in compliance with Rule 11.3 of this court.

1.     Melissa Gardner

2.     Plaintiff is not a corporation.

3.     The ERISA Law Group is representing PLAINTIFF, MELISSA GARDNER.

Dated: January 2, 2008

                                Thornton Davidson
                                The ERISA Law Group
                                2055 San Joaquin Street
                                Fresno, CA 93721
                                Telephone: 559-256-9800
                                Facsimile: 559-256-9795
                                E-mail: thorntondavids@aol.com