IN THE UNITED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA GARDNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERITECH SICKNESS AND ACCIDENT ) <br> DISABILITY PLAN; AMERITECH LONG ) <br> TERM DISABILITY PLAN, ) <br> ) <br> Defendants. | CASE NO. 08-1007-JBM-BGC <br><br> Judge Joe Billy McDade <br> Magistrate Judge Byron G. Cudmore |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my additional appearance as counsel in this case for:

**AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN**

**AMERITECH LONG TERM DISABILITY PLAN**

I certify that I admitted to practice in this Court.

Date: March 28, 2008

s/ Michael R. Phillips (Bar No. 6225845)
Signature

Michael R. Phillips
Print Name

77 West Wacker Drive, Suite 4100
Address

Chicago, IL 60601
City, State, Zip Code

(312) 849-8100
Phone Number

(312) 849-3690
Fax Number

mphillips@mcguirewoods.com
E-mail Address

\5240232.1

IN THE UNITED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA GARDNER,                                ) | |
| ) | |
| Plaintiff,                          ) | |
| ) | |
| vs.                                                        ) | |
| ) | CASE NO. 08-1007-JBM-BGC |
| AMERITECH SICKNESS AND ACCIDENT   ) | |
| DISABILITY PLAN; AMERITECH LONG      ) | Judge Joe Billy McDade |
| TERM DISABILITY PLAN,                         ) | Magistrate Judge Byron G. Cudmore |
| ) | |
| Defendants.                       ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed *Ameritech Sickness and Accident Disability Plan* and *Ameritech Long Term Disability Plan's* Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thornton Davidson: rosatilaw@aol.com

s/ Michael R. Phillips
Michael R. Phillips
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois  60601
Phone: (312) 849-8100
Fax: (312) 849-3690
mphillips@mcguirewoods.com
Bar No. 6225845

\5240232.1