**E-FILED**
Wednesday, 04 June, 2008  04:19:30 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MELISSA GARDNER, | Case No. 1:08-cv-01007-JBM-BGC |
| Plaintiff, | |
| | **JOINT STATUS REPORT** |
| v. | |
| AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN; AMERITECH LONG TERM DISABILITY PLAN | Magistrate Judge Byron G. Cudmore |
| Defendants. | |

_____/

Plaintiff, Melissa Gardner ("Gardner"), and Defendants, Ameritech Sickness and Accidental Disability Plan (the "STD Plan") and Ameritech Long Term Disability Plan (the "LTD Plan"), submit the following Status Report:

Three issues were discussed at the Rule 16(a) conference held on May 6, 2008 that required certain follow up:  1) the content of the administrative record; 2) the authority of the AT&T Disability Integrated Service Center Quality Review Unit (the "QRU") to make benefit determinations on behalf of the Plan; and 3) the discovery anticipated by Gardner regarding the applicable standard of review.  Counsel are working to resolve all of these issues.

Defendants' counsel had prepared the administrative record for filing with the Court. However, on May 16, 2008, Judge Bernthal issued an order in a separate action pending in this district, *Mary Erin Miller v. Ameritech Long Term Disability Plan,* Case No. 07-2119, in which he granted the LTD Plan's motion for protective order but held that the LTD Plan should have included in the administrative record any documents generated in the course of the review of the

Plaintiff's claims, even if not relied upon or considered by the claim administrator in making the benefit determination. In light of Judge Bernthal's ruling in the *Miller* case, Defendants have requested that their third party claim administrator search for any documents generated in the course of the Plaintiff's claims here, so that these documents can be included in the administrative record. Upon receipt of those documents, Defendants will be ready to file the administrative record with the Court.

Regarding the authority of the QRU, Defendants' counsel has confirmed that the Plan Committee delegates its authority to make benefit determinations to the QRU. Defendants' counsel has requested and is awaiting documentation regarding this delegation of authority so that an appropriate affidavit can be filed with the Court.

Pursuant to the Court's May 6, 2008 Minute Order, Gardner served Requests for Production on both defendants. Responses to that discovery are due presently. The parties anticipate that should a dispute arise as to the requested production, the parties will meet and confer in an attempt to resolve such dispute.

The parties propose that this matter be continued for an additional thirty (30) days, at which time the parties should be in a position to hold a continued Rule 16 Scheduling Conference with the Court.

**THE ERISA LAW GROUP**

Dated:  June 4, 2008                    By:  s/Thornton Davidson
                                        THORNTON DAVIDSON, Attorney for
                                        Plaintiff, MELISSA GARDNER

**McGUIREWOODS, LLP**

Dated:  June 4, 2008                    By:  s/Michael R. Phillips
                                        MICHAEL R. PHILLIPS, Attorney for
                                        Defendants, AMERITECH SICKNESS
                                        AND ACCIDENT DISABILITY PLAN;
                                        AMERITECH LONG TERM
                                        DISABILITY PLAN

\6308183.3