UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **MELISSA GARDNER,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 08-1007 |
| | ) | |
| vs. | ) | Honorable Judge McDade |
| | ) | |
| **AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN; AMERITECH LONG TERM DISABILITY PLAN,** | ) ) ) ) ) | Magistrate Judge Cudmore |
| Defendants. | ) ) | |

### DECLARATION OF NANCY WATTS

Nancy Watts, having been duly sworn, on oath deposes and states that if she were called to testify in the above-captioned matter, she would be competent to testify to the following facts based upon her personal knowledge, and that these facts are true and correct:

1.   I am employed by AT&T Services, Inc. ("AT&T Services"), which is a subsidiary of AT&T Inc. ("AT&T"). I am currently employed by AT&T Services in the position of Senior Benefits Analyst.

2.   In my current position, my responsibilities include managing, for litigation purposes, the administrators of the ERISA-governed disability plans of subsidiaries of AT&T and providing subject matter expertise, again for litigation purposes on those disability plans, including the Ameritech Long Term Disability Plan (the "LTD Plan") and the Ameritech Sickness and Accident Disability Plan (the "STD Plan") (collectively the "Plans").

1

\6323440.3

3.     The Plans define the "Company" as the Ameritech Corporation and state that the Company shall be the Plan Administrator and the sponsor of the Plans. §§ 2.3 and 6.1 of the STD Plan; §§ 2.3 and 5.1 of the LTD Plan. The Plans direct the Company to appoint a Committee to carry out the administrative responsibilities set forth in the Plans. *Id.*

4.     The Plans empower the Committee to serve as the final review committee for the review of all appeals by individuals whose initial claims for benefits have been denied, in whole or in part, and grant the Committee full discretionary authority to interpret the terms of the Plans and to determine eligibility for and entitlement to Plan benefits in accordance with Plan terms. §§ 6.1(e), (f) of the STD Plan; §§ 5.1(e), (f) of the LTD Plan.

5.     The Plans also empower the Company to allocate responsibility for the operation and administration of the Plans consistent with the Plans' terms. The Plans allow the Company and other named fiduciaries to delegate any of their responsibilities under the Plans by designating in writing other persons to carry out their respective responsibilities. § 6.1(g) of the STD Plan; § 5.1(g) of the LTD Plan.

6.     Effective November 8, 2000, the Company appointed the SBC Quality Review Unit (the "Unit"), as the Appeal Administrator for the Plans. A true and correct copy of the Summary of Material Modifications issued on or about November 8, 2000 informing Plan participants of this appointment is attached hereto as Exhibit A. In 2001, the name of the Unit was changed to the SBC Medical Absence and Accommodation Resource Team ("SMAART") Quality Review Unit and effective March 1, 2006, the name of the Unit was changed to the AT&T Integrated Disability Service Center Quality Review Unit, which is its current name.

7. The Unit, therefore, has the same authority and discretion as the Committee to interpret the terms of the Plans and to determine eligibility for benefits pursuant to the Plans' terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2008 at Dallas, Texas.

s/Nancy Watts (w/consent) _____
NANCY WATTS
