**E-FILED**
Thursday, 03 July, 2008  02:26:40 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| MELISSA GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 08-CV-1007-JBM-BGC |
| AMERITECH SICKNESS AND | ) | |
| ACCIDENT DISABILITY PLAN; | ) | Honorable Judge McDade |
| AMERITECH LONG TERM DISABILITY | ) | |
| PLAN, | ) | Magistrate Judge Cudmore |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of July, 2008, I electronically filed the *Administration Record* and *Declaration of Nancy Watts* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Thornton Davidson  -  rosatilaw@aol.com

s/Michael R. Phillips
One of the Attorneys for
Ameritech Sickness and Accident Disability
Plan, and Ameritech Long Term Disability
Plan
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601
Tel:  312.849.8100
Fax:  312.849.3690
mphillips@mcguirewoods.com

\6386571.1