E-FILED
Thursday, 17 July, 2008  03:39:03 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| **MELISSA GARDNER,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 08-1007 |
| | ) | |
| vs. | ) | Honorable Judge McDade |
| | ) | |
| **AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN; AMERITECH LONG TERM DISABILITY PLAN,** | ) ) ) ) | Magistrate Judge Cudmore |
| | ) | |
| Defendants. | ) ) | |

## UNCONTESTED MOTION FOR LEAVE TO SEAL ADMINISTRATIVE RECORD AND FILE AMENDED ADMINISTRATIVE RECORD

Defendants, Ameritech Sickness and Accident Disability Plan (the "STD Plan") and Ameritech Long Term Disability Plan (the "LTD Plan") (collectively "Defendants or the Plans"), by and through their undersigned counsel, respectfully move this Court for an order sealing the Administrative Record (Docket Document #10) filed on July 2, 2008 and granting them leave to file an Amended Administrative Record.  In support of their motion, Defendants state as follows:

1.  Plaintiff, Melissa Gardner, filed the instant lawsuit on or about January 7, 2008.  In her Complaint, Plaintiff asks the Court to declare Plaintiff eligible for short-term and long-term disability benefits under the STD Plan and the LTD Plan and require that the Plans compensate Plaintiff for the disability benefits she believes she was entitled to receive.

2.  On or about July 2, 2008, Defendants filed a copy of the Administrative Record with the Court. (Docket Document #10).

3.  Defendants, however, inadvertently filed a copy of the Administrative Record in which Plaintiff's personal information had not been redacted and which did not contain page numbers.

4.  Accordingly, Defendants respectfully request that the Court seal the Administrative Record (Docket Document #10) and allow Defendants to file and Amended Administrative Record which contains page numbers and which redacts Plaintiff's personal information.

5.  Defendants' counsel and Plaintiff's counsel have conferred and Plaintiff does not contest Defendants' motion to seal the Administrative Record and for leave to file an Amended Administrative Record.

6.  This request is not being made for purposes of delay and no prejudice will result in granting this motion.

WHEREFORE, Defendants, Ameritech Sickness and Accident Disability Plan and Ameritech Long Term Disability Plan respectfully request that this Court enter an order sealing the Administrative Record and granting Defendants leave to file an Amended Administrative Record.

Date: July 17, 2008

Submitted by,

**AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN and AMERITECH LONG TERM DISABILITY PLAN**

s/ Michael R. Phillips_____
One of Its Attorneys

Michael R. Phillips
Dionne R. Hayden
McGuireWoods LLP
77 West Wacker
41st Floor
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690
mphillips@mcguirewoods.com

\6407351.1

**CERTIFICATE OF SERVICE**

I, Michael R. Phillips, an attorney, certify that I caused a copy of the foregoing *Uncontested Motion to Seal Administrative Record and for Leave to File Amended Administrative Record* to be served upon the following individual, by telecopy and by certified mail, on the 17th day of July, 2008:

Thornton Davidson, Esq.
ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721

                                                 s/ Michael R. Phillips
                                                    Michael R. Phillips

\6407351.1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| **MELISSA GARDNER,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 08-1007 |
| | ) | |
| vs. | ) | Honorable Judge McDade |
| | ) | |
| **AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN; AMERITECH LONG TERM DISABILITY PLAN,** | ) ) ) ) ) | Magistrate Judge Cudmore |
| Defendants. | ) ) | |

**ORDER**

     **THIS MATTER** having come before the Court on Defendants', Ameritech Sickness and Accident Disability Plan and Ameritech Long Term Disability Plan, Uncontested Motion to Seal Administrative Record and for Leave to File Amended Administrative Record and the Court being advised in the premises:

**IT IS HEREBY ORDERED** that the Administrative Record (Docket Document #10) be sealed and that Defendants are granted leave to file an Amended Administrative Record with this Court

Date: _____          ENTERED:


                                                          _____
                                                          Honorable Judge McDade