E-FILED
Tuesday, 22 July, 2008 12:53:15 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MELISSA GARDNER, | ) |
| Plaintiffs, | ) Civil Action No.: 08-1007 |
| vs. | ) Honorable Judge McDade |
| AMERITECH SICKNESS AND ACCIDENT DISABILITY PLAN; AMERITECH LONG TERM DISABILITY PLAN, | ) Magistrate Judge Cudmore |
| Defendants. | ) |

## ORDER

**THIS MATTER** having come before the Court on Defendants', Ameritech Sickness and Accident Disability Plan and Ameritech Long Term Disability Plan, Uncontested Motion to Seal Administrative Record and for Leave to File Amended Administrative Record and the Court being advised in the premises:

**IT IS HEREBY ORDERED** that the Administrative Record (Docket Document #10) be sealed and that Defendants are granted leave to file an Amended Administrative Record with this Court

Date: 7/22/2008     ENTERED:

s/ Byron G. Cudmore
~~Honorable Judge McDade~~
United States Magistrate Judge